## First Department, December, 1941.
### (December 5, 1941.)

Lydia Lindgren Querze, Appellant, v. Raoul Querze, Respondent.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. Allen Murphy, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. James Orlando, Appellant, Impleaded with Others, Defendants.—Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Fleetway Coach Lines, Inc., Appellant, v. Ford Motor Company, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Sylvia Fine, as Assignee of Osaka Textiles, Inc., Appellant, against Herman Cohen and Moses Salwen, Copartners, Doing Business under the Firm Name and Style of Herman Cohen & Co., Respondents. In the Matter of the Application of Herman Cohen and Moe Salwen, Copartners, etc., Respondents, against Sylvia Fine, Appellant, to Vacate and Set Aside the Award Dated April 28, 1941, and Purporting to Be the Award of the Arbitrators Made Pursuant to the Agreement of the Parties to Submit Certain Differences to the Arbitrators.— Order denying motion to confirm award unanimously reversed, with ten dollars costs and disbursements to the appellant, and the said motion granted. Order granting motion to vacate award unanimously reversed, with ten dollars costs and disbursements to the appellant, and said motion denied. The irregularities relied on by respondents are without substance and were waived by their voluntary participation in the arbitration proceeding with knowledge thereof. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Esther Lichtblau, Administratrix, etc., of Nathan Lichtblau, Deceased, Appellant, v. Fannie J. Lichtblau, Also Known as Fannie J. Klein, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The Travelers Insurance Company, Respondent, v. William Katz and Dora Katz, Appellants. William Katz, Appellant, v. John Hancock Mutual Life Insurance Company of Boston, Massachusetts, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, on the Complaint of Silas Lefler, Respondent, v. Eng Paul, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.